IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEON MONTREAL HENRY                                                                              PLAINTIFF

v.                                    Civil No. 1:06-cv-01115

CALVIN KNIGHTON;
JANET DELANEY; and
VICTOR REYNOLDS                                                                                 DEFENDANTS

### ORDER

On May 16, 2007, defendants filed a motion to compel responses to discovery requests (Doc. 12). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on March 19, 2007. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Plaintiff has not responded to the motion to compel in the time allowed by Rule 7.2(b) of the Local Rules for the Eastern and Western Districts of Arkansas. Plaintiff has not sought an extension of time to respond to the motion to compel or communicated with the court in anyway.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel (Doc. 12) is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on June 18, 2007.**

IT IS SO ORDERED this 1st day of June 2007.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE