IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEON MONTREAL HENRY                                      PLAINTIFF

v.                 Civil No. 1:06-cv-01115

CALVIN KNIGHTON;
JANET DELANEY; and
VICTOR REYNOLDS                                      DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Keon Montreal Henry filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on December 13, 2006. His complaint was filed in forma pauperis (IFP).

On June 1, 2007, I entered an order (Doc. 14) granting the defendants' motion to compel. Henry was directed to provide the defendants with discovery responses by June 18, 2007. On June 27, 2007, defendants filed a motion to dismiss (Doc. 15). In the motion, defendants stated they did not receive the discovery responses from the plaintiff.

On June 27, 2007, I entered an order (Doc. 17) directing Henry to show cause by July 20, 2007, why the case should not be dismissed based on his failure to comply with the court's order. Henry was advised that failure to respond to the show cause order would result in the case becoming subject to summary dismissal.

To date, Henry has failed to respond to the show cause order. I therefore recommend that the defendants' motion to dismiss (Doc. 15) be granted. This case should be dismissed based on Henry's failure to comply with the order of the court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections**

**may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of July 2007.

                                                    /s/ Barry A. Bryant  
                                                    BARRY A. BRYANT  
                                                    UNITED STATES MAGISTRATE JUDGE