IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

KEON MONTREAL HENRY                                                                  PLAINTIFF

VS.                                   Civil No. 06-CV-1115

CALVIN KNIGHTON;
JANET DELANEY; and
VICTOR REYNOLDS                                                                      DEFENDANTS

## ORDER

    Now on this 15th day of August, 2007, comes on for consideration the proposed findings and recommendations filed herein on July 24, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days having passed without objections being filed by the parties, the court hereby adopts <u>in toto</u> the findings and recommendations.

    Accordingly, the court finds that the defendants' motion to dismiss (Doc. 15) should be and is hereby granted.  This case is dismissed based on Henry's failure to comply with the order of the court and his failure to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

                                                  /s/ *Harry F. Barnes*
                                                  **HARRY F. BARNES**
                                                  **U.S. DISTRICT JUDGE**